**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FUAD ABDULIELIL AHMED,

Petitioner,

v.

SIXTO MARRERO,

Respondent.

Case No. 26-cv-01170-BAS-MMP

**ORDER:**

**(1) REQUIRING THE GOVERNMENT TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1); AND**

**(2) SETTING HEARING ON PETITION**

Petitioner Fuad Abdulielil Ahmed filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) In his Petition, Petitioner claims that he is being detained by Immigration and Customs Enforcement ("ICE") in violation of the Fifth Amendment. (*Id.*)

Having reviewed the Petition, the Court finds summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory,

- 1 -

26cv1170

palpably incredible, or patently frivolous or false."). Therefore, the Court will order the Government to respond to the Petition and set a hearing.

Accordingly, the Court **ORDERS** as follows:

1. The Government must file a response to the Petition no later than **March 4, 2026**. The Government's response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition.

2. Petitioner may file a reply in support of his Petition no later than **March 11, 2026**.

3. The parties must appear in Courtroom 12B on **March 13, 2026**, at **11:30 a.m.** for a hearing on the Petition.

4. The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Petition (ECF No. 1) and this Order.

**IT IS SO ORDERED.**

**DATED: February 25, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv1170